UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIS, | No. 2:14-cv-0852 DAD P |
| Plaintiff, | |
| v. | ORDER |
| DR. ABDUR-RAHMAN et al., | |
| Defendants. | |

On July 20, 2015, this court granted defendant Ellis' motion to modify the court's discovery and scheduling order and allowed defendant up to and including August 6, 2015, to file a dispositive motion in this civil rights action. The allotted time period has now expired, and defendant has not filed a dispositive motion. Defendant is not required to file a dispositive motion, but in light of defendant's previous request for additional time to do so, the court will require defense counsel to file a status report addressing how defendant now intends to proceed in this action before this court issues a further scheduling order.

/////
/////
/////
/////
/////

Accordingly, IT IS HEREBY ORDERED that within ten days of the date of service of this order defendant Ellis shall file a status report in this case indicating how defendant intends to proceed.

Dated:  August 20, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
elli0852.status