IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT ELLIS,** | 2:14-cv-00852-DAD |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S SECOND REQUEST TO MODIFY THE SCHEDULING ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| v. | |
| **DR. ABDUR-RAHMAN, et al.,** | |
| Defendants. | |

    Defendant Abdur-Rahman has filed a second motion to modify the discovery and scheduling order in this case to extend the deadline to file a dispositive motion to November 2, 2015.  Good cause appearing, the court will grant defendant's request.  However, no further extensions of time will be granted for this purpose.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Defendant's motion to modify the court's discovery and scheduling order (Doc. No. 19) is granted;

    2. Defendant shall file a dispositive motion in this case on or before November 2, 2015. No further extensions of time will be granted for this purpose; and

/////

     3. Except as otherwise stated in this order, the court's discovery and scheduling order remains in effect.

Dated:  October 5, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/elli0852.41mod