UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIS,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. ABDUR-RAHMAN, et al.,<br><br>        Defendants. | No.  2:14-cv-0852 AC (TEMP) P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se with this civil rights action brought pursuant to 42 U.S.C. § 1983.  On October 30, 2015, defendant Abdur-Rahman filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56.  Plaintiff has not opposed the motion.

      Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  On August 12, 2014, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

      Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of

/////

1 the Court." In the order filed August 12, 2014, plaintiff was advised that failure to comply with
2 the Local Rules may result in a recommendation that the action be dismissed.
3     Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one (21) days of
4 the date of this order, plaintiff shall file an opposition, if any, to the motion for summary
5 judgment filed on behalf of the defendant.  Failure to file an opposition will be deemed as a
6 statement of non-opposition and shall result in a recommendation that this action be dismissed
7 pursuant Federal Rule of Civil Procedure 41(b).  Alternatively, if plaintiff no longer wishes to
8 pursue this action he may file a request to voluntarily dismiss this case.
9 DATED: March 8, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE